UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER LOVE,

                                  Petitioner,                            <u>ORDER</u>

                                                                         04-CV-6224L

                  v.

SUPERINTENDENT BRIAN FISCHER,

                                  Respondent.
_____

Upon being advised by the Department of Corrections that the petitioner, Christopher L. Love, Identification Number 00-B-0369, died on or about October 26, 2006, the instant case is hereby dismissed.

    IT IS SO ORDERED.

                                              _____
                                                DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       February 9, 2009.